

# UNITED STATES DISTRIC COURT

# FOR THE

# DISTRISTRICT OF NEVADA

| | | |
|---|---|---|
| IDILIO MONSIVAIS, | ) | |
| PLAINTIFF | ) | 2:25-CV-00377-CDS-MDC |
| | ) | 2:24 cv 01146 GMN NJK |
| Darrel Davis | ) | CASE NUMBER |
| DEFENDANT | ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION

TO THE HONORABLE COURT:

Plaintiff Idilio Monsivais, appearing pro se, respectfully submits this Response to the Court's Order to Show Cause regarding subject matter jurisdiction and states as follows:

# I. DIVERSITY OF CITIZENSHIP EXISTS

## A. Plaintiff's Citizenship

1. Plaintiff Idilio Monsivais is a citizen and resident of the State of Washington.
2. At the time this lawsuit was filed, Plaintiff was domiciled in Washington State .
3. Plaintiff's Washington citizenship is evidenced by the following official documents:
   - Washington State Driver's License
   - Washington State vehicle registration permit
   - Washington State license plates
4. While Plaintiff uses a mailing address at his mother's residence for mail delivery, this does not affect his legal domicile and citizenship in Washington State.

## B. Defendant's Citizenship

5. Upon information and belief, Defendant Darrell Davies was, at the time of the incidents alleged in the Complaint and at the time this lawsuit was filed, a citizen and resident of the State of Nevada.
6. Defendant continues to be a citizen and resident of Nevada.

## C. Complete Diversity

7. Because Plaintiff is a citizen of Washington and Defendant is a citizen of Nevada, complete diversity of citizenship exists between the parties as required by 28 U.S.C. § 1332.

# II. AMOUNT IN CONTROVERSY EXCEEDS $75,000

8. The amount in controversy in this action exceeds $75,000, exclusive of interest and costs.
9. Plaintiff seeks damages for libel and slander under oath, including:
10. Direct travel and relocation costs: $13,000
11. Lost business income (estimated): $50,000
12. Reputation repair costs: $25,000
13. Legal fees and costs: $12,000
14. **TOTAL ECONOMIC DAMAGES: $100,000**


Given Mr. Davis's willful perjury and malicious intent in filing false reports, I seek punitive damages of $250,000 to deter similar conduct and send a message that perjury and defamation will not be tolerated.

15. The total amount of damages sought exceeds the jurisdictional threshold of $75,000.

## III. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Honorable Court find that it has proper subject matter jurisdiction over this action based on diversity jurisdiction pursuant to 28 U.S.C. § 1332, and deny any motion to dismiss for lack of subject matter jurisdiction.

Respectfully submitted,

**IDILIO MONSIVAIS**
Pro Se Plaintiff

PS. the ADROS ON File is my mothers. I use it.
For mail poupeses. only

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response to Order to Show Cause was served upon the following parties by , "U.S. Mail, postage prepaid" or "electronic filing" ON 9/29/2025

**Darrell Davies**

**IDILIO MONSIVAIS**